# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BARTON, | ) NO. CV 01-4450 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Fifteen-Thousand dollars and zero cents ($15,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Marc V. Kalagian and Rohlfing & Kalagian, LLP shall reimburse plaintiff the amount of Two-Thousand, Eight-Hundred dollars and zero cents ($2,800.00).

Dated this 14th day of July, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge